

Scott E. Agulnick | **Principal**
Email: sagulnick@agulnickkremin.com

January 3, 2025

<u>**VIA ECF**</u>
Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1227 South
Brooklyn, New York 11201

     *In Re*:  Kay Media Inc. v. NorGUARD Insurance Company
        Case No.: 1:24-cv-04379-(OEM)-(JRC)

Dear Judge Cho:

  This office represents Plaintiff Kay Media Inc**.** in the captioned matter and write to provide a joint mediation status report as directed by the Court and request an extension of time to complete Mediation.

  Briefly stated, the pre-mediation session took place on November 7, 2024 before Mediator, Charles Platto, Esq. The parties had initially scheduled December 10, 2024 for the second mediation session, but Defendant requested to adjourn the December 10, 2024 mediation, so that Defendant was in the best position to participate in a meaningful session. Plaintiff and Defendant are presently scheduled for the second mediation session before Charles Platto, Esq. on January 10, 2025 at 10:00AM via Zoom.

  Accordingly, and in light of the foregoing, the parties respectfully request the Court extend the deadline to complete Mediation to January 10, 2025. Counsel for the parties remain available to provide the Court with any additional information regarding the status and progression of this matter this Court deems necessary.

  The parties thank This Honorable Court for its courtesies with respect to this matter.

               Respectfully submitted,
               Agulnick Kremin P.C.

               */s/ Scott E. Agulnick*
               Scott E. Agulnick

cc:   All counsel via ECF