**AGULNICK KREMIN P.C.**

**Todd D. Kremin** | **Principal**
**Email:  tkremin@AgulnickKremin.com**
**Direct: +1 516-342-4494**

July 30, 2025

**VIA ECF**
Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1227 South
Brooklyn, New York 11201

> ***In Re***:   **Kay Media Inc. v. NorGUARD Insurance Company**
>               **Case No.:  1:24-cv-04379-(OEM)-(JRC)**

Dear Judge Cho:

This office represents Plaintiff Kay Media Inc**.** in the captioned matter at the Status Conference on July 24, 2025 tentative dates were provided to the Court for a follow up medication and Plaintiff's deposition.

We write to provide a status with actual scheduled dates, Plaintiff's deposition is scheduled for August 13, 2025 and the follow-up mediation is scheduled for September 15, 2025 before Mediator, Charles Platto, Esq.

Counsel for the parties remain available to provide the Court with any additional information regarding the status and progression of this matter this Court deems necessary.

The parties thank This Honorable Court for its courtesies with respect to this matter.

Respectfully submitted,
Agulnick Kremin P.C.

Todd D. Kremin

cc:    All counsel via CM/ECF