

Scott E. Agulnick  |  Principal
Email:  sagulnick@agulnickkremin.com

September 29, 2025

**VIA CM/ECF**
Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1227 South
Brooklyn, New York 11201

                *In Re:* **Kay Media Inc. v. NorGUARD Insurance Company**
                **Case No.: 1:24-cv-04379-(OEM)-(JRC)**

Dear Judge Cho:

      This office represents Plaintiff Kay Media Inc. in the above captioned matter. Pursuant to the Court's Order dated July 31, 2025, and in conjunction with counsel for Defendant NorGUARD Insurance Company, the parties jointly submit this status letter.

      The parties have engaged in multiple mediation sessions before Charles Platto, Esq., most recently on September 15, 2025. While settlement discussions remain ongoing, the matter has not yet been resolved. The parties continue to work in good faith toward a potential resolution.

      The parties have completed the exchange of their Rule 26 disclosures, written discovery, and responsive document productions. Plaintiff has also produced its principal for deposition, and both sides have addressed each other's demands. With these steps, the parties have substantially completed fact discovery and do not anticipate additional disputes at this time. Pursuant to the Court's July 31, 2025 Order, fact discovery is scheduled to close on September 29, 2025, however Defendant's deposition remains outstanding and the parties respectfully request additional time to complete that deposition and any outstanding fact discovery to the end of November 21, 2025. The parties anticipate completing fact discovery before the end of November and, at that time, will propose an expert discovery schedule, if necessary, in their next joint status submission to the Court.



      Of course, counsel for the parties remain available to provide the Court with any additional information regarding the status and progression of this matter this Court deems necessary, and the parties shall continue working toward a resolution.

Respectfully submitted,

AGULNICK KREMIN P.C.

_____
Scott E. Agulnick, Esq. (SA1880)
*Attorneys for Plaintiff*


HURWITZ FINE P.C.

_____
*Steven E. Peiper, Esq.*
*Attorneys for Defendant*